Hyatt of the Supreme Court contends:

1. That the injunction should not have been granted because the court cannot restore the parties status quo.

2. That the court cannot on a petition of an agent or trustee of an exrpess trust enjoin a forfeiture without having jurisdiction of the principal or cestui.

3. That the injunction releases the lessee from further obligations under the lease but imposes upon the lessor the full obligations of said lease.

Attorneys—Seeley & Wolf, for Hyatt; Tracy, Chapman & Welles for Gould; all of Toledo.

# Weekly Report of
# NEW CASES DOCKETED

## NEW CASES DOCKETED

Binz v. Dusha .............................. 19923
Caldwell v. State .......................... 19943
Chardon (Village) v. Sternfield ............ 19926
M. Clark v. Midland Bank ................... 19959
W. Clark v. State .......................... 19947
Clemmer-Johnson Co. v. J. E. Moss Iron Works.. 19944
Clev. Builders Supply v. Garfield Hts. (Vil.)...... 19962
Clev. Ry. Co. v. Lamos ..................... 19929
Craig v. P. U. C. .......................... 19954
Derr v. Brown .............................. 19927
Finkleman v. State ......................... 19953
Glass Coating Co. v. Clark ................. 19922
Goodman v. Gerstle ......................... 19955
Green v. Morrison .......................... 19956
Grote v. Gaff Estate Co. ................... 19928
Haas v. Clev. Ry. Co. ...................... 19963
Hayes v. Hayes ............................. 19964
Hocking Valley Ry. Co. v. Rose ............. 19953
Improved Home Tele. Co. v. Horn ............ 19948
Kohler v. Powell ........................... 19960
Levison Bros. Co. v. Jackson ............... 19950
Losee v. Krieger ........................... 19957
Nat. Liberty Ins. Co. v. Sturtevant & Jones Co... 19946
Neikirk v. Republic Bank. Co................ 19925
Penfield v. Reichlin, Reedy, Scanion Co....... 19949
Saba Admr. v. Clev. Trust Co................ 19942
Levinson Admr. v. Industrial Com............ 19950
Seeds v. Seeds ............................. 19941
Simmer v. Supreme Council .................. 19921
State ex Carlisle v. S. A. Butterfield et....... 19935
State ex Creed v. Butterfield et................ 19939
State ex Culbertson v. Butterfield et........... 19931
State ex Fox v. Butterfield et.................. 19936
State ex Hardin v. Butterfield et.............. 19938
State ex Morgan v. Industrial Com............ 19952
State ex Janes v. Butterfield et................ 19934
State ex Mann v. Butterfield et................ 19937
State ex McQuain v. Butterfield et........... 19932
State ex Miller v. Butterfield et.............. 19933
State ex Kohler v. Powell ................... 19961
Stoltz exc. v. Monnett ..................... 19940
Wooster Hotel v. Smith .................... 19924
Yanukenas v. Johler ....................... 19945

## JUNE 23, 1926

19921—Chas. H. Simmer et v. Supreme Council, Thirty-third and last degree of Ancient Accepted Rite of Independent State of Ohio; motion for Franklin Appeals to certify. Pugh & Pugh and E. E. Corwin, Columbus, for pltf; J. N. Linton, and J. M. Hengst, Columbus, for deft.

19922—Glass Coating Co. v. Sherman S. Clark; motion for Cuyahoga Appeals to certify. Davis, Young & Vrooman, Cleveland, for pltf; Dustin, McKeehan, Merrick, Arter & Stewart, Cleveland, for deft.

19923—Charles Binz v. Ida Dusha et; motion for Lucas Appeals to certify. J. L. Manton, Toledo, for pltf; L. P. Smith, Toledo, for defts.

## JUNE 24, 1926

19924—Hotel Wooster Inc. v. Alonzo C. Smith et; motion for Wayne Appeals to certify. W. Hart, Wooster, for pltf; Critchfield & Etling, Wooster, for defts.

19925—Lester J. Neikirk v. Republic Bank. Co.; motion for Seneca Appeals to certify. W. C. Rhorbacher and G. E. Schroth, Tiffin, for pltf; H. K. Cole and Spitier & Flynn, Tiffin, for deft.

19926—Village of Chardon v. Rose Sternfield; motion for Geauga Appeals to certify. H. J. Thrasher and R. S. Parks, Chardon, for pltf; Moore, Mahan, Miller & Moore, Cleveland, for deft.

## JUNE 25, 1926

19927—Frank Derr v. Jacob Brown and E. M. Loyer; motion for Crawford Appeals to certify. L. C. Feighner, Bucyrus, for pltf; Chas. F. Schaber, Bucyrus, for defts.

19928—W. D. Grote v. Gaff Estate Co.; motion for Hamilton Appeals to certify. J. C. Healy, Cincinnati, for pltf; Oliver S. Bryant, Cincinnati, for deft.

## JUNE 26, 1926

19929—Cleveland Ry. Co. v. Anna Lamos; motion for Cuyahoga Appeals to certify. Squire, Sanders & Dempsey, Cleveland, for pltf; E. Davidson, Cleveland, for deft.

## JUNE 28, 1926

19930—Lydia Schlenker, admrx. v. Industrial Commission of Ohio; motion for Lucas Appeals to certify. J. H. Boyd, Toledo, for pltf; C. C. Crabbe, R. R. Zurmehly, Columbus; F. E. Calkins, Toledo, for deft.

19931—State of Ohio ex rel C. A. Culbertson v. S. A. Butterfield et; action in mandamus. Buchwalter, Headley & Smith, Cincinnati, for pltf; For deft, not given.

19932—State of Ohio ex rel S. M. McQuain v. same, same. Same attys.

19933—State of Ohio ex rel Minnie Miller v. same, same. Same attys.

19934—State of Ohio ex rel H. L. Janes v. same, same. Same attys.

19935—State of Ohio ex rel De Forest Carlisle v. same, same. Same attys.

19936—State of Ohio ex rel Leonard Fox v. same, same. Same attys.

19937—State of Ohio ex rel Robert E. Mann v. same, same. Same attys.